E-FILED
Friday, 12 March, 2021  10:28:34 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

FILED

MAR 1 0 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ricky Garrison                          )
                                        )
                Plaintiff               )
                                        )
        vs.                             )       Case No. _____
                                        )       (*The case number will be assigned by the clerk*)
D. Stolarzyk, SCSS                      )
M. Segal, Warden                        )
        FCI Pekin                       )
unknown mail room                       )
staff                                   )
_____                 )
_____                 )
_____ ,               )
                                        )
                Defendant(s)            )

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

----

***Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.***

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name: Ricky Garrison

Prison Identification Number: 40459-013

Current address: P.O. Box 5000
Pekin, IL 61555

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name: D. Stolarczyk

Current Job Title: Mailroom supervisor

Current Work Address 2600 S. Second st
Pekin, IL 61555

Defendant #2:

Full Name: M. Segal

Current Job Title: Warden

Current Work Address 2600 S. Second st.
Pekin, IL 61555

Defendant #3:

Full Name: Unknown mailroom staff

2

Current Job Title: mailroom employee's

Current Work Address 2600 S. Second st

Pekin, IL 61555

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number

   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence FCI Pekin mailroom

Date(s) of the occurrence 4-29-2020 thru 1-21-2021

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

① Between 4-29-2020 to 1-21-2021 federal employee's (mail room staff) continuously opened "legal mail" and "special mail", where addressed "properly" open only in the presence of the "inmate".

② Exhibits of 16 improper mail openings included in complaint, "front and back copies of evidence", 1 proper legal mail exhibit as proof also.

③ Administrative remedies process began 7-16-20, submitted as exhibit, Warden admitted to staff errors 8-20-20, administrative remedy # 1037566-F1, included as exhibit.

④ Evidence shows as exhibits put forth while plantiff was going thru administrative remedies, federal employees continued with the pattern of behavior opening both "special mail" and "legal mail", outside of the presence of plantiff, in violation of First and Sixth amendment rights by the Constitution.

⑤ Exhibits submitted are copies of "special mail" "legal mail" opened outside of plantiff's presence and inappropriately retaped or stapled and given to staff to hand out with regular mail, all peices of mail handed out in regular mail line.

⑥ Mailroom supervisor (D. Stolarzyk), came and spoke with plantiff after filing of initial administrative remedy filed 7-16-2020, (see exhibit), viewed evidence of improper mail openings thru regular mail marked "special mail

open only in the presence of inmate", and told plantiff "it would not happen again there is new mailroom staff it was only accident", asked plantiff to not proceed with administrative remedy and sign off, plantiff declined, "telling staff I have to make sure and continued on with next level greivance", BP-229(13) #1037566 7-24-2020 (Exhibit included) and pattern of opening properly marked "legal mail" "special mail" open only in the presence of inmate has continuously been opened and improperly sent thru regular mail either taped or stapled.

⑦ Plantiff is still in appeal litigation of "2255" proceedings with various other court matters, Exhibits submitted show pattern, "Court of Appeal" documents marked "special mail" have been opened outside of presence, "District Court litigation" has been compromised and opened, communication with "District Attorney's office" confidential information all marked open in the presence of inmate, plantiff's right to confidentiality and privacy has been violated, depriving plantiff of constitutional rights, rights in general have been shredded, the consistency within this time-frame alone shows intentiality.

⑧ FCI Pekin and mail staff are deliberately opening and reading mail, also copying mail and it has been going on since I arrived at facility April 2018, being in appeal stage it started to interfere with documentation of log to determine calender receival date, for court responses, if mail is not documented properly it can damage appeal on judge's order time frame "response due 14 days" (example), the deliberate act's are intentional to future sabotage plantiff's pending litigation, evidence shows consistency and Bureau of Prisons employee's have "blatant disregard for established regulations" in violation of BOP policy, also violation of plantiff's constitutional rights.

⑨ The intentional act of federal employee's of improperly opening legal mail and special mail which is obvious by pattern of continuous behavior has led to pain and suffering of discomfort with the Government in a form of distrust and mental health of major damage, why are the staff purposely violated my rights when they know I am in appeal litigation, it has led to suicidal thinking because they are intentionally and purposely trying to make sure I donot get releif in my appealant case. Intentionally sabotaging my mail to keep me incarcerated after being asked over and over to stop. I currently because of regular mail delivery of "legal mail" and "special mail" have missed court deadline dates and had to explain to the District Court for continuance's. It is unprofess- ional and shows lack of integrity while representing a federal institution.

The federal staff at FCI Pekin are ~~conspiri~~ conspirering to keep me incarcerated thru aiding the prosecution by copying my mail and reading my mail and help get me time barred from my continuous pending litigation.

⑩ Exhibits submitted as evidence of the opened "legal mail" and "special mail" opened outside of plantiff's presence and sent thru regular mail just in case of retaliation and it gets lost.

⑪ Warden at FCI Pekin has not stopped the constitutional errors even than he has been notified of mail staff improper handling of mail.

⑫ Plantiff is a pro se litigant on appeal, so should be awarded constitutional rights, opening legal mail and special mail outside of presence is in violation of those rights while retaping it and stapling it back together with no notification and sending it thru regular mail. Same pattern by mail staff in 16 incidents as shown in Exhibits, I properly exhibited legal mail when mail room does correct job opened in presence properly documented on envelope.

⑬ Violation of 1st, 6th, 14th amendments demonstrated.

## RELIEF REQUESTED

(State what relief you want from the court.)

① Monetary damages in amount of $1,600,000.00
② Order facility and staff to use proper measures with legal and special mail.
③ Release from prison to proper litigte pending matters
④ Transfer to facility of proper classification and out of FCI Pekin so retaliation does not occur.
⑤ Court order review on mailroom at FCI Pekin and see how long staff has been ~~violating~~ violating inmates constitutional rights in regards to legal mail and impose senctions on staff for their violations.

JURY DEMAND        Yes ☒        No ☐

Signed this ___8th___ day of ___March___ , 20 __21__ .

_Ricky Garrison_
( Signature of Plaintiff)

| Name of Plaintiff: Ricky Garrison | Inmate Identification Number: 40459-013 |
|---|---|
| Address: P.O. Box 5000 Pekin, IL 61555 | Telephone Number: n/a |

8